Robert D. MIX, Plaintiff-Appellant,

v.

Lindsay CUNNINGHAM; Willow
Saloum, Dr., Defendants-
Appellees.

No. 17-15199

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 22, 2018

Robert D. Mix, Pro Se

James C. Phillips, AGCA-Office of the
California Attorney General, Sacramento,
CA, for Defendants-Appellees

Before: LEAVY, FERNANDEZ, and
MURGUIA, Circuit Judges.

MEMORANDUM **

Robert D. Mix, a civilly committed resi-
dent at Coalinga State Hospital, appeals
pro se from a jury verdict in his 42 U.S.C.
§ 1983 action alleging a failure-to-protect
claim. We have jurisdiction under 28
U.S.C. § 1291. We affirm.

The district court did not abuse its dis-
cretion by denying Mix's motion to reopen
discovery, his requests for various non-
party hospital records, and his requests for
police and Fresno County superior court
records, because Mix failed to show denial
of his requests resulted in substantial prej-

udice. *See Laub v. U.S. Dep't of Interior*,
342 F.3d 1080, 1084, 1093 (9th Cir. 2003)
(setting forth standard of review and not-
ing that a district court's "decision to deny
discovery will not be disturbed except
upon the clearest showing that the denial
of discovery results in actual and substan-
tial prejudice to the complaining litigant."
(citation and internal quotation marks
omitted) ).

The district court did not abuse its dis-
cretion by denying Mix's motion for a con-
tinuance to obtain counsel because the per-
tinent factors weighed in favor of denial of
the continuance. *See United States v. 2.61
Acres of Land, More or Less, Situated in
Mariposa Cty.*, 791 F.2d 666, 670-71 (9th
Cir. 1986) (setting forth standard of review
and factors to be considered in reviewing
the denial of a requested continuance).

The district court did not abuse its dis-
cretion by excluding Walker and Mendoza
as witnesses because they were not dis-
closed in accordance with the pretrial or-
der. *See id.*; *Galdamez v. Potter*, 415 F.3d
1015, 1020 (9th Cir. 2005) (stating factors
to be considered in evaluating a motion to
amend a pretrial order). As to Walker and
Mendoza's written declarations, Mix did
not preserve this issue for appeal because
he withdrew his request to admit the dec-
larations. *See Smith v. Marsh*, 194 F.3d
1045, 1052 (9th Cir. 1999) (we will not
consider matters not properly raised be-
fore the district court)

We reject as without merit Mix's conten-
tion that the district court erred by not
granting him an additional opportunity to
amend his complaint after the district
court's deadline for amending the com-
plaint.

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Mix's request for judicial notice (Docket Entry No. 23) is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** The Honorable Stephen Joseph Murphy III, United States District Judge for the Eastern District of Michigan, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.